| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number *(if known)* _____  Chapter  **11** | |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Century III Mall PA LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **90-0971017** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**9101 Alta Drive, Suite 1801**<br>**Las Vegas, NV 89145**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**3075 Clairton Road West Mifflin, PA 15123**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.centuryiiimall.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Century III Mall PA LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Century III Mall PA LLC** _____ Case number (*if known*) _____
   Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Century III Mall PA LLC**     Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 31, 2018**
              MM / DD / YYYY

X  **/s/ Edward Sklyaroff**              **Edward Sklyaroff**
   Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**   X  **/s/ Kirk B. Burkley**              Date  **August 31, 2018**
                                   Signature of attorney for debtor           MM / DD / YYYY

**Kirk B. Burkley 89511**
Printed name

**Bernstein-Burkley, P.C.**
Firm name

**707 Grant Street**
**Suite 2200**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone  **(412) 456-8100**      Email address  **kburkley@bernsteinlaw.com**

**89511**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: **Century III Mall PA LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Sears<br>c/o Adam J. Ventura, Esq.<br>DICKIE,MCCAMEY & CHILCOTE, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 | | | Disputed | $4,212,316.86 | $0.00 | $4,212,316.86 |
| Olsen Restoration, LLC.<br>697 S. Pierce Avenue<br>Louisville, CO 80027 | | | Unliquidated | | | $832,105.52 |
| West Mifflin Borough<br>1020 Lebanon Road<br>West Mifflin, PA 15122 | | | Unliquidated | | | $698,793.14 |
| Siegel Jennings Co., L.P.A.<br>23425 Commerce Park Drive, Suite 103<br>Cleveland, OH 44122 | | | Unliquidated | | | $262,288.52 |
| John Weinstein AlleghenyCounty Treasurer<br>P.O. Box 643385<br>Pittsburgh, PA 15264-3385 | | | Unliquidated | | | $146,024.56 |
| Kone, Inc.<br>One Kone Court<br>Moline, IL 61265 | | | Unliquidated | | | $89,157.00 |

Debtor **Century III Mall PA LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Legal Tax Service Inc**<br>C/O Gerik Jenco, Esquire,<br>714 Lebanon Road<br>West Mifflin, PA 15122 | | | Unliquidated | | | $85,901.12 |
| **U.S. Security Associates**<br>P.O. Box 931703<br>Atlanta, GA 31193-1703 | | | Unliquidated | | | $58,835.38 |
| **Guerra Excavating, Inc**<br>132 Homeridge Lane<br>Homestead, PA 15120 | | | Unliquidated | | | $49,822.50 |
| **Johnson Controls Fire Protection**<br>Dept CH 10320<br>Palatine, IL 60055 | | | Unliquidated | | | $20,683.27 |
| **Constellation NewEnergy,Inc**<br>P.O. Box 4640<br>Carol Stream, IL 60197-4640 | | | Unliquidated | | | $15,455.09 |
| **John D Caruso, Inc.**<br>1029 Forest Avenue<br>West Homestead, PA 15120 | | | Unliquidated | | | $11,550.00 |
| **Alliant Insurance**<br>1301 Dove Street, Suite 200<br>Newport Beach, CA 92660 | | | Unliquidated | | | $7,141.16 |
| **Traffic Control Equip and Supplies**<br>P.O. Box 18348<br>Pittsburgh, PA 15236 | | | Unliquidated | | | $3,251.73 |
| **Steratore Sanitary Inc**<br>P.O. Box 16<br>Washington, PA 15301 | | | Unliquidated | | | $1,686.38 |
| **Comcast**<br>P.O. Box 3001<br>Southeastern, PA 19398 | | | Unliquidated | | | $1,562.17 |

| Debtor | Century III Mall PA LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Veritext Mid-Atlantic** <br> **1801 Market St., Suite 1800** <br> **Philadelphia, PA 19103** | | | **Unliquidated** | | | $1,393.42 |
| **Pestco Professional Services LLC** <br> **290 Alpha Drive** <br> **Pittsburgh, PA 15238** | | | **Unliquidated** | | | $898.80 |
| **SESAC, Inc.** <br> **35 Music Square East** <br> **Nashville, TN 37203** | | | **Unliquidated** | | | $796.00 |
| **Tennant Sales and Service** <br> **PO BOX 71414** <br> **Chicago, IL 60694-1414** | | | **Unliquidated** | | | $439.08 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Century III Mall PA LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Century III Mall PA LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 31, 2018**  
Date

/s/ Kirk B. Burkley  
**Kirk B. Burkley 89511**  
Signature of Attorney or Litigant  
Counsel for **Century III Mall PA LLC**  
**Bernstein-Burkley, P.C.**  
**707 Grant Street**  
**Suite 2200**  
**Pittsburgh, PA 15219**  
**(412) 456-8100 Fax:(412) 456-8135**

## WRITTEN AUTHORIZATION OF THE MANAGER

## RESOLUTION

OF

## CENTURY III MALL PA LLC

WHEREAS, Edward Sklyaroff is the Manager (the "Manager") of Century III Mall PA LLC (the "Company");

BE IT RESOLVED that the Company is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Members under Pennsylvania Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the Manager is authorized as the Manager of the Company to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Manager hereby authorizes the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Manager of the above named Company by written authorization on this 31st day of August, 2018, in lieu of a meeting.

Century III Mall PA LLC

By: _____
Edward Sklyaroff, Manager